Rudolph L. Janega, and Arthur F. Manning, Assistant State's Attorneys, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed March 2, 1954; released for publication March 23, 1954.

## Frank Murphy and Rose Murphy, Appellants, v. Irene Ward, Michael J. Dennehy and Agnes Dennehy, Appellees.

### Gen. No. 46,127. (Abstract of Decision.)

Hector Brouillet, Philip G. Bixler, and Allen H. Meyer, for appellants; Jacobs, Gorton & Rooney, for appellees; Robert O. Rooney, and Joseph B. Lederleitner, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; rehearing denied March 22, 1954; released for publication March 24, 1954.

## Eleanor Getzendaner, Appellee, v. Mrs. Charles Erbstein, Appellant.

### Gen. No. 46,155. (Abstract of Decision.)

Vogel & Vogel, and Harry J. Myerson, for appellant; L. H. Vogel, and Robert C. Vogel, of counsel; Scalise, Chino & Schultz, for appellee; John C. Laux, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Walter W. Virgil, Appellee, v. New York, Chicago and St. Louis Railroad Company, Appellant.

### Gen. No. 46,162. (Abstract of Decision.)

Winston, Strawn, Black & Towner, for appellant; George B. Christensen, Douglas C. Moir, and Edward J. Wendrow, of counsel; Fuerst & Fuerst, and Schwartzberg & Barnett, for appellee; David Alswang, and Mark T. Barnett, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.